COA # 08-13-00079-CR          OFFENSE: OTHER CRIMINAL

STYLE: The State of Texas v. Salvador Vasquez, Jr.          COUNTY: El Paso

COA DISPOSITION: Affirmed          TRIAL COURT: County Court at Law No 7

DATE: 03/18/2015          Publish: No          TC CASE #: 20120C07670

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: The State of Texas v. Salvador Vasquez, Jr.          CCA #: _____

_____ SPA'S _____ Petition          CCA Disposition: **586-15**

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: 06/24/15          SIGNED: _____ PC: _____

JUDGE: Per Curiam          PUBLISH: _____ DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____